Timothy D. Speedy, Esq. (Bar ID #002611989)
Ashley D. Chilton, Esq. (Bar ID #198822016)
JACKSON LEWIS P.C.
220 Headquarters Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960
(973) 538-6890
ATTORNEYS FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAWN AUERBACH, | |
| Plaintiff, | Civil Action No. 18-cv-12067-BRM-LHG |
| v. | |
| INTEGRATED MEDICAL PARTNERS, IDILUS, LLC, WILLIAM PICKART, MICHAEL COLUCCI, ERIK YOUNG and ABC CORPORATIONS 1-5 (fictitious businesses whose identities are unknown to Plaintiff at this time), | **CERTIFICATE OF SERVICE** |
| Defendants. | |

I hereby certify that true and correct copies of Defendant Erik Young's answer and defenses to complaint and this certificate of service were served upon Silvia G. Gerges, Esq., counsel for Plaintiff, to her offices at Lawrence & Gerges, LLC, 140 Mountain Avenue, Suite 204, Springfield, New Jersey 07081, on this 15th day of August, 2018, via the Court's ECF System.

*Jan Godek*
Jan Godek

429631
4818-9265-6240, v. 1